1817.

NICOLL
v.
ROOSEVELT.

NICOLL and others *against* E. ROOSEVELT and others.

*October* 14.    Where one of several defendants dies, the plaintiff cannot file a *new original*
               bill against the representatives of the deceased party and the others, but a
               bill of *revivor* only against such representatives.
               Even if he might elect to file a new bill, he cannot do so where an *answer* has
               been put in by the party, since deceased.

BILL for a discovery against the executors of *Cornelius
C. Roosevelt* and *Peter R. Ludlow* and wife, for an account
of moneys arising from the sale of parts of the real and
personal estate of *Samuel Nicoll*, deceased, which had
come into the hands of *C. C. R.*, and for the payment of
the amount, &c.

*Plea*, that the plaintiffs in the life time of *C. C. Roose-
velt*, to wit, on the 4th of *April*, 1812, exhibited their bill
against him, and *P. R. Ludlow* and his wife, to have an ac-
count of the same matters as are set forth in the present bill,
and for general relief. That *C. C. Roosevelt*, put in his sepa-
rate answer to that bill on the 27th of *August*, 1812, which
was not excepted to; and afterwards, died, having made
his will, and appointing the defendants his executors.
That the said suit is still pending in this court, except so
far as it may have abated by the death of *C. C. Roosevelt* ;
and that the plaintiffs ought to revive it, as against the de-
fendants, his personal representatives, so far as related to
any right or claim of the plaintiffs against him at the time of
his death, whereby the answer of the said *C. C. Roosevelt*,
would form part of the record, and the defendants have
the benefit thereof, in their defence, as his personal repre-
sentatives; whereas the present is a new original bill of
the plaintiffs, which takes no notice of the former bill and
answer, &c. but seeks a discovery and account from these
defendants, as executors, as though the former bill had not

been filed, nor the answer of the said *C. C. Roosevelt* put in thereto. And the defendants insisting on their plea in bar, prayed judgment, &c.

1817.

NICOLL
v.
ROOSEVELT.

*J. Emott*, for the plaintiffs.

*G. Griffin*, for the defendants. He cited 1 *Vern.* 308, 463. 3 *Atk.* 486.

THE CHANCELLOR. The plea ought to be allowed; for instead of an original bill, there ought in this case to have been a bill of revivor against the representatives of *Roosevelt*, who had already filed his answer, of the benefit of which they ought not to be deprived. The statute (1 *N. R. L.* 488.) does not require or permit the suit to be abated in case of the death of one of the defendants. Perhaps the plaintiff may, in certain cases, be entitled to elect between a new bill and a bill of revivor, according to the *dictum* in the cases referred to, but it would not be reasonable in this case, after the defendants had answered.

Leave to amend the bill, on payment of costs.